IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CHRISTOPHER M. CLEAVES,

                     Petitioner,                                    ORDER

        v.

BRIAN CAHAK,                                                    26-cv-395-jdp

                     Respondent.

---

Petitioner Christopher M. Cleaves, proceeding without counsel, brings a petition for writ of habeas corpus under 28 U.S.C. § 2254. Cleaves is serving a 12-year term of incarceration following his conviction of three counts of second-degree sexual assault of a child. *State v. Cleaves*, No. 2018AP1230-CRNM, 2020 WL 13337909, at *1 (Wis. Ct. App. Apr. 16, 2020).

Petitions under § 2254 "must meet heightened pleading requirements." *McFarland v. Scott*, 512 U.S. 849, 856 (1994). The petition must substantially follow the form prescribed by this court. Rule 2(d), Section 2254 Rules. Among other requirements, the court's form requires petitioners to state: (1) each claim for relief; and (2) specific facts supporting each claim.

Cleaves did not file his petition on the court's form, and his petition does not substantially follow it. Notably, Cleaves fails to assert any claims for relief or allege any facts that would support any potential claim for relief. Because the court is a neutral decisionmaker, it cannot construct Cleaves's claims for him.

The court will require Cleaves to file an amended petition, using the copy of the form sent with this order, to assert his claims for relief and identify the specific facts supporting each claim. Cleaves may include supplemental pages with the form if he needs more space to allege

facts supporting his claims, but he may provide no more than ten supplemental pages. If Cleaves files a separate legal memorandum, it likewise must not exceed ten pages.

Any text or handwriting on the amended petition or any supplemental page, or in any legal memorandum, must not be excessively small and must contain at least 1.5 spacing between lines to ensure readability. For reference, Cleaves's typewritten petition meets the court's spacing requirements.

ORDER

IT IS ORDERED that:

1. Petitioner Christopher M. Cleaves has until August 17, 2026 to file an amended petition in accordance with this order.

2. Petitioner is to be sent a copy of the court's § 2254 form.

Entered July 16, 2026.

BY THE COURT:

/s/

_____
ANITA MARIE BOOR
Magistrate Judge

2